IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON K. HORNER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3212 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is Filing No.2, the application by the plaintiff through her attorney of record for leave to proceed in forma pauperis in this appeal from a decision by the Social Security Administration. The court has reviewed the record, including the affidavit of the plaintiff, and finds the motion should be granted.

THEREFORE, IT IS ORDERED:

1. Filing No. 2, the plaintiff's application for leave to proceed in forma pauperis, is granted.

2. Following completion of the service and summons, the Marshal shall serve the United States, without payment of costs or fees. Service shall be effected pursuant to Fed. R. Civ. P. 4(i) regarding "[s]erving the United States, Its Agencies, Corporations, Officers, or Employees."

3. That upon receipt of a certified copy of the transcript of the records, the Clerk of Court shall enter its standard briefing order in this case.

DATED this 28th day of November, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge