IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON K. HORNER, | |
| Plaintiff, | 4:11CV3212 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security; | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the court following entry of an order dated August 7, 2012, wherein the court issued a show cause as to why this case should not be dismissed. Filing No. 6. Summons in this case was requested and issued on August 22, 2012. Filing No. 7. Since that time, nothing has been filed in this case, including the executed summons. The time for service of summons has long past. Accordingly, the court will dismiss this case without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

THEREFORE, IT IS ORDERED that this case is dismissed without prejudice.

Dated this 29th day of January, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge